UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT



FILED

JAN 8 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| MATTHEW CAPELOUTO and STOP DRUG HOMICIDE,<br><br>        Plaintiffs - Appellees,<br><br> v.<br><br>GLEN MUSE and TEXAS PICTURES, a corporation, doing business as Texas Pictures Documentaries,<br><br>        Defendants - Appellants,<br><br>and<br><br>DOES, 1 through 10, inclusive,<br><br>        Defendant. | No. 25-7965<br><br>D.C. No. 5:25-cv-01594-HDV-RAO<br>Central District of California, Riverside<br><br>ORDER |

Pursuant to the parties' stipulation (Docket Entry No. 5), this appeal is dismissed. *See* Fed. R. App. P. 42(b).

This order serves as the mandate of the court.

                              FOR THE COURT:

                              MOLLY C. DWYER<br>
                              CLERK OF COURT