Ranchor Harris Law, PLLC
S. Ranchor Harris, ESQ (N.C. Bar No. 21022)
ranchor@ranchorharris.com
1784 Heritage Center Drive, Suite 204-E
Wake Forest, NC 27587
Telephone: 919-249-5006
Facsimile: 919-289-4845

Law Office of Robert P. Karwin
Robert Karwin, ESQ (State Bar No. 190573)
rkarwin@karwinlaw.com
29800 Bradley Road
Menifee, CA 92584
Telephone: 951-246-4514
Facsimile: 951-346-3684

Attorneys for Plaintiffs,
Matthew Capelouto, Stop Drug Homicide

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| MATTHEW CAPELOUTO, STOP DRUG HOMICIDE,<br><br>　　　　Plaintiff(s),<br><br>vs.<br><br>GLEN Muse, an individual; TEXAS PICTURES dba TEXAS PICTURES DOCUMENTARIES, a corporation; and DOES 1 through 10, inclusive,<br><br>　　　　Defendant(s). | Case No.: 5:25-cv-01594-SSS-KS<br><br>**District Judge: Sunshine Suzanna Sykes**<br>**Magistrate Judge: Karen L. Stevenson**<br><br>**ORDER**<br><br>**NOTE CHANGES MADE BY COURT** |

- 1 -
ORDER

Pursuant to the Parties' Stipulation and for good cause shown, IT IS HEREBY ORDERED:

1. The deadline to conduct the Rule 26(f) conference is extended to March 22, 2026.

2. The deadline to file the Joint Rule 26(f) Report is extended to March 29, 2026.

3. The deadline to serve initial disclosures pursuant to Federal Rule of Civil Procedure 26(a)(1) is extended to April 6, 2026.

4. The Scheduling Conference currently set for March 13, 2026, is continued ~~for approximately thirty (30) days to a date convenient for the Court, no earlier than April 13, 2026~~ to April 17, 2026, at 1:00 p.m., via Zoom.

IT IS SO ORDERED.

This the 25th day of February 2026.

_____
HON. SUNSHINE S. SYKES
United States District Judge

- 2 -
ORDER