**KRONENBERGER ROSENFELD, LLP**
Jeffrey M. Rosenfeld (SBN 222187)
Elizabeth McDougall (SBN 336690)
Leah Rosa Vulić (SBN 343520)
548 Market Street #85399
San Francisco, CA 94104
Telephone: (415) 955-1155
Facsimile: (415) 955-1158
jeff@kr.law
liz@kr.law
leah@kr.law

Attorneys for Defendants Glen Muse
And Texas Pictures dba
Texas Pictures Documentaries

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### EASTERN DIVISION

| | |
|---|---|
| MATTHEW CAPELOUTO, STOP DRUG HOMICIDE,<br><br>Plaintiffs,<br><br>v.<br><br>GLEN MUSE, an individual; TEXAS PICTURES dba TEXAS PICTURES DOCUMENTARIES, a corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. No. 5:25-cv-01594-SSS-KSx<br><br>**ORDER**<br><br>NOTE CHANGE MADE BY COURT |

Case No. 5:25-cv-01594-SSS-KS                    **ORDER**

Pursuant to the Parties' Stipulation and for good cause shown, IT IS HEREBY ORDERED:

1. The deadline to conduct the Rule 26(f) conference is extended to April 21, 2026.

2. The deadline to file the Joint Rule 26(f) Report is extended to April 28, 2026.

3. The deadline to serve initial disclosures pursuant to Federal Rule of Civil Procedure 26(a)(1) is extended to May 6, 2026.

4. The Scheduling Conference currently set for April 17, 2026, is continued to May 22, 2026, at 1:00 p.m., via Zoom videoconference.

IT IS SO ORDERED.

This __6th__ day of __April_____ 2026.

_____
HON. SUNSHINE S. SYKES
United States District Judge

Case No. 5:25-cv-01594-SSS-KS                              **ORDER**

1