UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—
GENERAL

| Case No. | 5:25-cv-01594-SSS-KSx | Date | May 12, 2026 |
|---|---|---|---|
| Title | *Matthew Capelouto et al v. Glen Muse et al* | | |

| Present: The Honorable | SUNSHINE S. SYKES, UNITED STATES DISTRICT JUDGE |
|---|---|

| Irene Vazquez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:    (IN CHAMBERS) Order to Show Cause Why Sanctions Should Not Be Imposed Against Plaintiffs' and Defendants' Counsel for Failure to File a Rule 26(f) Report**

On April 6, 2026, the Court granted the parties' Stipulation extending Rule 26(f) deadlines to confer and continued the Scheduling Conference from April 17, 2026 to May 22, 2026.  [Dkt. 58].  Pursuant to the Order, the deadline to file a Joint Rule 26(f) Report was April 28, 2026.  As of today's date, the parties have not filed a Joint Rule 26(f) Report.

Accordingly, the Court hereby **ORDERS** counsel for Plaintiffs, Robert P. Karwin and Samuel Ranchor Harris, III, and counsel for Defendants, Jeffrey M. Rosenfeld; Elizabeth L. McDougall; and Leah Rosa Vulic, to show cause why they should not each be sanctioned in the amount of $250 for their failure to file a timely Joint Rule 26(f) Report.  Counsel are **DIRECTED** to respond in writing to this Order to Show Cause by **Monday, May 18, 2026, at 12:00 noon**.  Counsel's failure to respond—or counsel's filing of an inadequate response—may result in the imposition of additional sanctions.

**IT IS SO ORDERED.**