**RANCHOR HARRIS LAW, PLLC**
S. Ranchor Harris, Esq. (N.C. Bar No. 21022)
ranchor@ranchorharris.com
1784 Heritage Center Drive, Suite 204-E
Wake Forest, NC 27587
Telephone: 919-249-5006
Facsimile: 919-289-4845

Attorneys for Plaintiffs Matthew Capelouto
And Stop Drug Homicide

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## EASTERN DIVISION

| | |
|---|---|
| **MATTHEW CAPELOUTO, STOP DRUG HOMICIDE**, <br><br> Plaintiffs, <br><br> v. <br><br> **GLEN MUSE**, an individual; **TEXAS PICTURES dba TEXAS PICTURES DOCUMENTARIES**, a corporation; and **DOES 1 through 10**, inclusive, <br><br> Defendants. | Case No. 5:25-cv-01594-SSS-KSx <br><br><br> **ORDER RE: STIPULATION OF DISMISSAL WITH PREJUDICE** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties, by and through their respective counsel of record, hereby stipulate to the dismissal of this action in its entirety, with prejudice, each party to bear its own attorneys' fees and costs.

Case No. 5:25-cv-01594-SSS-KS

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Doc ID: 4b7ac880ca8a4bf2a35da1246e22f55cc2ab1935

**IT IS SO ORDERED.**

This ___22nd___ day of ___June_____ 2026.

_____
HON. SUNSHINE S. SYKES
United States District Judge

DATED: June 17, 2026          **RANCHOR HARRIS LAW**

By: s/ Ranchor Harris_____
    Ranchor Harris
Attorneys for Plaintiffs Matthew Capelouto and Stop Drug Homicide

DATED: June 17, 2026          **KRONENBERGER ROSENFELD, LLP**

By: s/  Elizabeth McDougall_____
    Elizabeth McDougall

Attorneys for Defendants Glen Muse and Texas Pictures

Case No. 5:25-cv-01594-SSS-KS          1          **STIPULATION OF DISMISSAL WITH PREJUDICE**

Doc ID: 4b7ac880ca8a4bf2a35da1246e22f55cc2ab1935